IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-22-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY NUMBER 25] |
| EQUAN CORNELIUS DUNSTON, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 25 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

SO ORDERED. This, __31__ day of __May__, 2018.

---
HONORABLE JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE