IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-22-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EQUAN CORNELIUS DUNSTON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall respond to defendant's pending motions [D.E. 41, 46] not later than November 5, 2021.

SO ORDERED. This 5 day of October, 2021.

JAMES C. DEVER III
United States District Judge